THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB BLATT, Appellant.

(Argued April 15, 1936; decided May 19, 1936.)

*Abraham Fishbein* for appellant.

*William Copeland Dodge*, District Attorney (*LeRoy Mandle* of counsel), for respondent.

Judgment affirmed, no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.